### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER TERITO * | |
| PLAINTIFF * | |
| * | |
| VS. * | CIVIL ACTION NO. 09-357-RET-DLD |
| * | |
| HILCO RECEIVABLES, L.L.C., * | |
| DEFENDANT * | |

### JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Christopher Terito ("Plaintiff") and defendant Equable Ascent Financial, LLC ("EAF"), successor by reason of merger with Hilco Receivables, LLC ("Hilco")[1], and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against EAF and Hilco in the above-styled action, with Plaintiff and EAF to bear their own costs.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff and EAF respectfully request this Court to enter an Order of Dismissal, with prejudice, relating to all of Plaintiff's claims asserted against EAF and Hilco in this matter, with Plaintiff and EAF to bear their own fees and costs.

Respectfully submitted,

/s Garth J. Ridge
Garth J. Ridge
Attorney for Plaintiff
Bar Roll #20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana  70801
Telephone Number : (225) 343-0700
Facsimile Number: (225) 343-7700
Email Address:  garthridge@aol.com

---

[1] Effective as of December 31, 2009, Hilco Receivables, LLC merged with its affiliate, Equable Ascent Financial, LLC.

<u>Alan D. Leeth</u>
Alan D. Leeth  (LEETA9054)
John Chiles    (CHILJ2874)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone Number: (205) 458-5499
Facsimile Number: (205) 244-5670
Email Address:  aleeth@burr.com
Email Address:  jchiles@burr.com
pro hac vice

Attorneys for Defendant
EQUITABLE ASCENT FINANCIAL, LLC